NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JERRY HELMS, an individual, and
MARIO RIZZI, an individual,

      Appellants/Cross-Appellees,

v.

BRYAN MILK, an individual,
MICHAEL R. KELLY, an individual,
LISA KELLY, an individual,
PROGRESSIVE AUTO
MANAGEMENT, INC., a Florida
Corporation, PROGRESSIVE
AUTO CENTER, INC., a Florida
Corporation, and BML, LLC, a Florida
Limited Liability Company,

      Appellees/Cross-Appellants.

Case No. 2D18-748

Opinion filed April 12, 2019.

Appeal from the Circuit Court for Collier
County; James R. Shenko and Hugh D.
Hayes, Judges.

Daniel Simon, Kubs Lalchandani and
James M. Slater of Lalchandani Simon
PL, Miami, for Appellants/Cross-Appellees.

Gregory N. Woods and Rachel A. Kerlek
of Woods, Weidenmiller, Michetti &
Rudnick, LLP, Naples, for Appellee/Cross-
Appellant Bryan Milk.

Edmond E. Koester, Alex R. Figares and
Matthew B. Devisse of Coleman,

Yovanovich & Koester, P.A., Naples, for
Appellees/ Cross-Appellants Michael R.
Kelly, Lisa Kelly, Progressive Auto
Management, Inc., Progressive Auto
Center, Inc., and BML, LLC.


PER CURIAM.


Affirmed.


LaROSE, C.J., and MORRIS and SLEET, JJ., Concur.